Jesse R. Callahan (025393)
Grant L. Cartwright (030780)
Kathleen A. Shaffer (035913)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 North Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: jcallahan@maypotenza.com
gcartwright@maypotenza.com
kshaffer@maypotenza.com

*Attorneys for Plaintiffs*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 Proceeding |
| BRIAN CLARK BRACKEN and | Case No. 2:23-bk-00117-EPB |
| MARY ELIZABETH BRACKEN, | **Adversary Proceeding No. 2:23-ap-00111-EPB** |
| Debtors. | |
| STEVEN BIGELOW and GINNY BIGELOW, | **STIPULATION REGARDING SETTLEMENT AND NON-DISCHARGEABLE JUDGMENT** |
| Plaintiffs, | |
| v. | |
| BRIAN CLARK BRACKEN and MARY ELIZABETH BRACKEN, husband and wife, | |
| Defendants. | |

Plaintiffs Steven and Ginny Bigelow (the "**Bigelows**"), through undersigned counsel, and Defendants Brian Clark Bracken and Mary Elizabeth Bracken (the "**Brackens**"), through undersigned counsel, hereby stipulate as follows:

**RECITALS**

1. On October 28, 2022, the Bigelows filed a complaint against Brilar Homes, LLC ("**Brilar**"), and the Brackens in the Superior Court of the State of Arizona, Maricopa County, under litigation styled *Bigelow v. Bracken, et al.*, Case No. CV2022-014339.

2. On or about November 22, 2022, the Brackens filed an answer on behalf of themselves and on behalf of Brilar. As self-represented parties not authorized to practice law, the Brackens were not permitted to represent Brilar, and the Answer was later stricken as to Brilar.

3. On January 9, 2023, the Brackens voluntarily petitioned the United States Bankruptcy Court for the District of Arizona (the "**Bankruptcy Court**") for bankruptcy relief under chapter 7 of the United States Bankruptcy Code.

4. On June 13, 2023, the Bigelows filed a complaint in Bankruptcy Court against the Brackens seeking a non-dischargeable judgment, commencing adversary proceeding case no. 2:23-ap-00111-EPB (the "**Adversary Proceeding**").

5. The Bigelows and the Brackens have agreed to resolve the Adversary Proceeding under the terms and conditions below.

## SETTLEMENT TERMS

6. The Brackens and the Bigelows have agreed that the Brackens owe the Bigelows $325,000.00, and that this amount will not be discharged in their bankruptcy case, and that it is non-dischargeable under 11 U.S.C. §§ 523(a)(2) and (4).

7. The Brackens and the Bigelows agree that the Brackens will stipulate to a non-dischargeable judgment in the amount of $325,000.00 to be lodged and entered by the Bankruptcy Court.

8. Interest shall accrue on the foregoing amount at the federal judgment rate until the judgment is paid in full.

2

Case 2:23-ap-00111-EPB    Doc 6    Filed 07/05/23    Entered 07/05/23 12:54:51    Desc
4866-6809-3292, v. 1              Main Document    Page 2 of 3

RESPECTFULLY SUBMITTED July 5, 2023.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Grant L. Cartwright*
Jesse R. Callahan
Grant L. Cartwright
Kathleen A. Shaffer
*Attorneys for Plaintiffs*

**NEELEY LAW FIRM, PLC**

By: */s/ Nicholas T. Van Vleet*
Nicholas T. Van Vleet
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nicholas T. Van Vleet
Neeley Law Firm, PLC
1120 S. Dobson Road, Suite 230
Chandler, AZ 85286
nick@neeleylaw.com
Counsel for Defendants

By: */s/ Michelle Giordano*